## Girard Trust Company et al. *v.* Philadelphia et al., Appellants.

Argued December 8, 1939. Before Kephart, C. J., Schaffer, Maxey, Drew, Linn, Stern and Barnes, JJ.

436

438

*Samuel Feldman,* Assistant City Solicitor, with him *Joseph Sharfsin,* City Solicitor, for appellants.

*Charles J. Biddle* and *Lewis H. Van Dusen, Jr.,* for appellees, were not heard.

PER CURIAM, December 9, 1939:

The decree of the court below is affirmed on the able opinion of the learned chancellor, Judge ALESSANDRONI.

Decree affirmed.